

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case numbers:  01-18-00877-CV

Trial court case number:  18-CV-0884

Trial court:                      10th District Court of Galveston County

Appellant, Juan Enriquez, has filed a motion for extension of time to file his response to appellee's motion for rehearing and for en banc reconsideration. The motion is **granted**, and the time to file appellant's response is extended to December 30, 2020.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually

Date: December 8, 2020